(Official Form 1) (9/97)

| FORM B1 | United States Bankruptcy Court<br>SOUTHERN DISTRICT OF CALIFORNIA | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Burns, Sara Newsome | | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>None | | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>4621 Kensinton Drive<br>San Diego, CA 92116 | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: San Diego | | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | Attorney: | L. Scott Keehn, 61691<br>ROBBINS & KEEHN, APC<br>530 B Street, Suite 2400<br>San Diego, CA 92101   ph: 619-232-1700 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
[✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
[✓] Individual(s)      [ ] Railroad
[ ] Corporation        [ ] Stockbroker
[ ] Partnership        [ ] Commodity Broker
[ ] Other_____

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
[✓] Chapter 7      [ ] Chapter 11      [ ] Chapter 13
[ ] Chapter 9      [ ] Chapter 12
[ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
[✓] Consumer/Non-Business      [ ] Business

**Filing Fee** (Check one box)
[✓] Full Filing Fee attached
[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
[ ] Debtor is a small business as defined in 11 U.S.C. § 101.
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)        THIS SPACE IS FOR COURT USE ONLY
[✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors: [✓] 1-15   [ ] 16-49   [ ] 50-99   [ ] 100-199   [ ] 200-999   [ ] 1000-over

Estimated Assets:
[ ] $0 to $50,000   [ ] $50,001 to $100,000   [✓] $100,001 to $500,000   [ ] $500,001 to $1 million   [ ] $1,000,001 to $10 million   [ ] $10,000,001 to $50 million   [ ] $50,000,001 to $100 million   [ ] More than $100 million

Estimated Debts:
[ ] $0 to $50,000   [ ] $50,001 to $100,000   [ ] $100,001 to $500,000   [✓] $500,001 to $1 million   [ ] $1,000,001 to $10 million   [ ] $10,000,001 to $50 million   [ ] $50,000,001 to $100 million   [ ] More than $100 million

(Official Form 1) (9/97)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Sara Newsome Burns | FORM B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed: So. District of California | Case Number<br>99-00811-B13 | Date Filed:<br>1/25/99 |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of the Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Sara J. Burns*
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

8-11-99
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

---

### Signature of Attorney

X *L. Scott Keehn*
Signature of Attorney for Debtor(s)

L. SCOTT KEEHN 61691
Printed Name of Attorney for Debtor(s)

ROBBINS & KEEHN, APC
Firm Name

530 B Street, Suite 2400
Address
San Diego, CA  92101

619-232-1700
Telephone Number

Date 8-11-99

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

X _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition prepare's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commision pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)
Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if the debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 or title 11, United States Code, and have explained the relief available under each such chapter.

X *L. Scott Keehn*    8-11-99
Signature of Attorney for Debtor(s)    Date

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30816

Bank America
P. O. Box 59104
Las Vegas, NV   89159-1004


Heine, Elaine
110 West C Street
San Diego, CA   92101


Proulx, Bradley
c/o Bryan Sampson
2139 First Avenue
San Diego, CA   92101


Proulx, Bradley
c/o Bryan Sampson
2139 First Avenue
San Diego, CA   92101


Rubean, Francine
4623 Kensington Drive
San Diego, CA   92116


Seitman, John
Lindley, Lazar & Scales
550 C Street, Suite 1800
San Diego, CA   92101


U. S. Department of Education
P. O. Box 746000
Atlanta, GA   30374-6000


Visa
Bank Card Services
P. O. Box 53132
Phoenix, AZ   85072-3132

```
Western Family Financial
P. O. Box 8000
Carlsbad, CA   92018-8000
```