L. Scott Keehn (SBN 61691)
Charles F. Robbins (SBN 132666)
**ROBBINS & KEEHN APC**
530 B Street, Suite 2400
San Diego, CA 92101
Telephone: (619) 232-1700

Attorneys for Debtor
**SARA NEWSOME BURNS**

FILED
99 SEP -1 AM 9:26
CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ) | CASE NO. 99-33191-B7 |
| ) | |
| SARA NEWSOME BURNS, an individual, ) | EX PARTE MOTION FOR EXTENSION OF TIME TO FILE DEBTOR'S SCHEDULES, STATEMENT OF AFFAIRS AND STATEMENT OF EXECUTORY CONTRACTS |
| ) Debtor, ) | |
| ) | [NO HEARING SCHEDULED] |

The motion of the above-named Debtor ("Movant") respectfully represents:

1. Your Movant filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on August 13, 1999. Richard M Kipperman has been appointed as the Chapter 7 trustee.

2. August 30, 1999, is the last day for the filing of your Movant's Schedules, Statement of Affairs and Statement of Executory Contracts in accordance with the provisions of Rules 1007(c) and 9006(a) of the Federal Rules of Bankruptcy Procedure.

3. Movant finds that the various records from which the Schedules and Statement of Affairs must be compiled are much more complex than initially anticipated and has not been able to provide her counsel with the required information which must be reviewed and analyzed by counsel to ensure that it is accurately characterized on the Schedules and Statements. Although Movant has proceeded with reasonable diligence and dispatch to complete the gathering and presentation of information as required in the Schedules and Statements, however, Movant is unable to complete that process by August 30, 1999.

ORIGINAL

60477/GMR/4858.01

4. Your Movant believes that an additional eight (8) days (i.e. to September 7, 1999) will be required for the completion of her Schedules and Statement of Affairs.

5. The meeting of creditors pursuant to Section 341(a) of the United States Bankruptcy Code has been set for September 15, 1999. Accordingly, the extension herein requested (i.e., to September 7, 1999, which is five (5) court days before the hearing) will not prejudice any creditor or other party in interest.

6. The provisions of Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure provide, in pertinent part, as follows:

**1007(a)(4) EXTENSION OF TIME**

Any extension of time for the filing of the lists required by this subdivision may be granted only on motion for cause shown and on notice to the United States trustee and to any trustee. . .

**WHEREFORE**, your Movant prays for relief as follows:

1. That the Court in accordance with and pursuant to the authority provided by Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure grant an extension of the time within which the Debtor may file her Schedules, Statement of Affairs and Statement of Executory Contracts to and including September 7, 1999; and,

2. For such other and further relief as the Court deems just and proper.

Dated: 8-26-99

ROBBINS & KEEHN
A Professional Corporation

By: _L. Scott Keehn_
L. Scott Keehn
Charles F. Robbins
Attorneys for Debtor, **SARA NEWSOME BURNS**

60477/GMR/4858.01

-2-