CSD 1099 [06/19/97]
Name, Address, Telephone No. & I.D. No.
L. Scott Keehn (61691)
ROBBINS & KEEHN, APC
530 "B" Street, Suite 2400
San Diego, CA 92101
(619) 232-1700
Attorneys for SARA NEWSOME BURNS

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**SARA NEWSOME BURNS,  an individual,**

Debtor.

BANKRUPTCY NO.  **99-33191-B7**

## BALANCE OF SCHEDULES AND/OR CHAPTER 13 PLAN

Presented herewith are the original with the number of copies required by Local Bankruptcy Rule 1007-2(b) of the following [Check one or more boxes as appropriate]:

[X ]    Summary of Schedules
[X ]    Schedule A - Schedule of Real Property
[X ]    Schedule B - Schedule of Personal Property
[X ]    Schedule C - Schedule of Property Claimed Exempt
[X ]    Schedule D - Creditors Holding Secured Claims
[X ]    Schedule E - Creditors Holding Unsecured Priority Claims
[X ]    Schedule F - Creditors Holding Unsecured Nonpriority Claims
[X ]    Schedule G - Schedule of Executory Contracts & Unexpired Leases
[X ]    Schedule H - Schedule of Co-Debtor
[X ]    Schedule I - Current Income of Individual Debtor(s)
[X ]    Schedule J - Current Expenditure of Individual Debtor(s)
[X ]    Statement of Financial Affairs

[  ]    Chapter 13 Plan

Notice to any entity/creditor added by these schedules is being mailed concurrently with the filing of these schedules in compliance with Local Bankruptcy Rule 1007-4. See instructions on reverse side.

Dated: 9-7-99          Signed: _L. Scott Keehn_____
                          L. SCOTT KEEHN, Attorney for Debtor

I, SARA NEWSOME BURNS, the undersigned debtor, hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of _____ pages, is true and correct to the best of my information and belief.

Dated:          _Sara Burns_____
                 SARA NEWSOME BURNS

CSD 1099          REFER TO INSTRUCTIONS ON REVERSE SIDE

## INSTRUCTIONS

1. Compliance with Local Bankruptcy Rule 1007-4 is required.

2. Local Form CSD 1101, *NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT OR BALANCE OF SCHEDULES*, may be used to notify any added entity. When applicable, copies of the following notices shall accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

### CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on 7th day of September , 1999, I served a true copy of the within BALANCE OF SCHEDULES AND/OR CHAPTER 13 PLAN by [describe here mode of service]

### PERSONAL SERVICE

on the following persons [set forth name and address of person served]:

| [xx] For Chpt. 7, 11, & 12 cases: | [ ] For Chpt. 13 cases numbered 90-08445 or lower and ODD numbers beginning with 92-01217: | [ ] For Chpt. 13 cases numbered 90-08446 to 92-01215 and EVEN numbers beginning with 92-01216: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Departent of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>620 "C" Street, Suite 413<br>San Diego, CA 92101-5312 |

[X]   Chpt. 7 Trustee, if any:

    RICHARD M KIPPERMAN
    CHAPTER 7 TRUSTEE
    8324 ALLISON AVENUE
    LA MESA, CA  91941

[   ] If Chpt. 11, each member of any committee appointed:

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 9/7/99
      (Date)

Lee Anne Vines _Lee Anne Vines_
(Typed Name and Signature)

530 B STREET, SUITE 2400
(Address)

SAN DIEGO, CA 92101
(City, State, ZIP Code)

CSD 1099

ADDED:
Appel, John G.
402 W. Broadway, Suite 400
San Diego, CA 92101

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF CALIFORNIA

Sara Newsome Burns

In re _____     Case No. 99-33191-B7

Debtor                                                      (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED ASSETS | AMOUNTS SCHEDULED LIABILITIES | AMOUNTS SCHEDULED OTHER |
|---|---|---|---|---|---|
| A  - Real Property | YES | 1 | $     290,000 | | |
| B  - Personal Property | YES | 4 | $     163,781 | | |
| C  - Property Claimed As Exempt | YES | 1 | | | |
| D  - Creditors Holding Secured Claims | YES | 1 | | $     436,610 | |
| E  - Creditors Holding Unsecured Priority Claims | YES | 2 | | $     250 | |
| F  - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $     238,622 | |
| G  - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H  - Codebtors | YES | 1 | | | |
| I  -  Current Income of Individual Debtor(s) | YES | 1 | | | $     1,535 |
| J  -  Current Expenditures of Individual Debtor(s) | YES | 1 | | | $     1,680 |
| Total Number of Sheets in ALL Schedules ▶ | | 15 | | | |
| Total Assets ▶ | | | 453,781 | | |
| Total Liabilities ▶ | | | | 675,482 | |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30816

FORM B6A
(10/89)

In re **Sara Newsome Burns** _____
         Debtor

Case No. ___ **99-33191-B7** ___
              (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence<br><br>4621-23 Kensington Drive, San Diego, CA  92116 | | | 290,000 | 436,610 |
| | | Total ▶ | 290,000 | |

(Report also on Summary of Schedules)

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30816

FORM B6B
(10/89)

In re ___ Sara Newsome Burns _____
             Debtor

Case No. ___ 99-33191-B7 _____
             (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Mutual Fund<br>Mutual Fund with Vanguard Fund 73 | | 2,536 |
| | | ACCT. #5000009698<br>First Federal<br>P.O. Box 1010<br>Champaign, IL 61824 | | 525 |
| | | Checking Account No. 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-0<br>Washington Mutual<br>1000 Garnet Ave.<br>San Diego, CA 92109 | | 600 |
| | | Robbins & Keehn Trust Account<br>Acct. No. 6010033452<br>Union Bank<br>530 B Street<br>San Diego, CA 92101 | | 151,038 |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30816

FORM B6B
(10/89)

In re **Sara Newsome Burns** _____   Case No. _____ **99-33191-B7** _____
                    Debtor                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Furniture<br><br>4621-23 Kensington Drive, San Diego, CA 92116 | | 400 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc. Books etc.<br><br>4621-23 Kensington Drive, San Diego, CA 92116 | | 200 |
| 6.  Wearing apparel. | | Wearing Apparel<br><br>4621-23 Kensington Drive, San Diego, CA 92116 | | 250 |
| 7.  Furs and jewelry. | | 2 Necklaces, 2 Bracelets, 3 Pairs of Earrings<br><br>4621-23 Kensington Drive, San Diego, CA 92116 | | 50 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |

Bankruptcy2000 ©1991-98, New Hope Software, Inc.  -  30816

FORM B6B
(10/89)

In re ___Sara Newsome Burns_____    Case No. ___99-33191-B7_____
                                    Debtor                                                (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Chapter 13 deposit refund.<br><br>Thomas Billingslea<br>530 B Street, Suite 1500<br>San Diego, CA  92101 | | 1,200 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Claims against Randy Grossman/Elaine Heine<br><br>Potential malpractice claims/value unknown | | 0 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Bankruptcy2000 ©1991-98, New Hope Software, Inc.  -  30816

FORM B6B
(10/89)

In re Sara Newsome Burns

Debtor

Case No. 99-33191-B7

(if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **23. Automobiles, trucks, trailers, and other vehicles and accessories.** | | 1993 Toyata Celica<br><br>4621-23 Kensington Drive, San Diego, CA 92116 | | 2,500 |
| **24. Boats, motors, and accessories.** | X | | | |
| **25. Aircraft and accessories.** | X | | | |
| **26. Office equipment, furnishings, and supplies.** | X | | | |
| **27. Machinery, fixtures, equipment, and supplies used in business.** | X | | | |
| **28. Inventory.** | X | | | |
| **29. Animals.** | X | | | |
| **30. Crops - growing or harvested. Give particulars.** | X | | | |
| **31. Farming equipment and implements.** | X | | | |
| **32. Farm supplies, chemicals, and feed.** | X | | | |
| **33. Other personal property of any kind not already listed.** | | Prepaid living expenses for Calendar Year 1999 (See Exhibit B-33-A)<br><br>Other potential claims.<br>See Exhibit B(33-B) attached hereto and incoroprated herein.<br><br>See Exhibit 33-C attached hereto and incorporated herein. | | 4,482<br><br><br>0<br><br><br><br>0 |

_0_ continuation sheets attached

Total ▶ **$** 163,781

**(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)**

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30816

# **EXHIBIT B(33-A)**

## PREPAID EXPENSES FOR CALENDAR YEAR 1999

| | |
|---|---|
| Homeowners Insurance | $ 546.00 |
| Life Insurance | 612.00 |
| Health Insurance | 612.00 |
| Auto   Insurance | 612.00 |
| Property Taxes | 2,100.00 |
| TOTAL | $4,482.00 |

*55852/LSK/4812.01*

# EXHIBIT B(33-B)

The Debtor is continuing her investigation into other claims that she may have had as of the petition date. If, and to the extent that as a result of those investigations, she or her counsel, form the opinion that she does have such claims then these schedules will be properly amended to reflect the nature and apparent extent of the claims and the target defendants in any lawsuit that may be required to enforce those claims.

## EXHIBIT B(33-C)

Rights as to the Appellant in:

–      *Proulx v. Burns*, Case No. 711064, now pending before the California Fourth District Court of Appeal.

–      *In Re Burns*, BAP No. SC991445, now pending before the Bankruptcy Appellate Panel for the Ninth Circuit.

FORM B6C
(6/90)

Sara Newsome Burns

In re _____
                        Debtor

Case No. _____99-33191-B7_____
                              (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐  11 U.S.C. §522(b)(1)  Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

☑  11 U.S.C. §522(b)(2)  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Residence | CCP § 704.720-920 | 55,973 | 290,000 |
| Furniture | CCP § 704.020 | 400 | 400 |
| Misc. Books etc. | CCP § 704.020 | 200 | 200 |
| Wearing Apparel | CCP § 704.020 | 250 | 250 |
| 2 Necklaces, 2 Bracelets, 3 Pairs of Earrings | CCP § 704.040 | 50 | 50 |
| Claims against Randy Grossman/Elaine Heine | CCP § 704.140 | 0 | 0 |
| 1993 Toyata Celica | CCP § 704.010 | 1,900 | 2,500 |
| Checking Account No. 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-0 | CCP § 704.130 | 600 | 600 |
| Potential personal injury claims. | CCP § 704.140 | 0 | 0 |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30816

FORM B6D
(6/90)    Sara Newsome Burns

In re _____     Case No. _____
                        **Debtor**                              99-33191-B7
                                                           (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable.   If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent".  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0065198883 <br><br> Bank America <br> P. O. Box 59104 <br> Las Vegas, NV  89159-1004 | | | Lien: Deed of Trust <br><br><br> Value $          290,000 | | | | 141,880 | 0 |
| ACCOUNT NO. <br><br> Proulx, Bradley <br> c/o Bryan Sampson <br> 2139 First Avenue <br> San Diego, CA  92101 | | | Lien: Judgment <br><br><br> Value $          290,000 | | | X | 282,830 | 196,610 This amount based upon existence of Superior Liens |
| ACCOUNT NO.  001-46-00003-6 <br><br> Western Family Financial <br> P. O. Box 8000 <br> Carlsbad, CA  92018-8000 | | | Lien: Second Deed of Trust <br><br><br> Value $          290,000 | | | | 11,900 | 0 |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |

0
**Continuation sheets attached**

Subtotal ▶ | $ | 436,610
(Total of this page)

Total ▶ | $ | 436,610
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2000 ©1991-98, New Hope Software, Inc.  -  30816

B6E
(Rev. 4/98)

In re  Sara Newsome Burns
_____
            Debtor

Case No.  99-33191-B7
_____
              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of farmers and fishermen, up to $4,300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☑ **Deposits by individuals**

Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1   continuation sheets attached

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30816

FORM B6E - Cont.
(10/89)

In re  Sara Newsome Burns
_____
                Debtor

Case No.  99-33191-B7
          _____
                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)   Deposits by Individuals

**TYPE OF PRIORITY**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT CLAIM | AMOUNT ENTITLED, TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rubean, Francine<br>4623 Kensington Drive<br>San Diego, CA 92116 | | | Incurred: February 1998<br>Consideration: Rental Deposit | X | | | 250 | 250 |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors

| | | |
|---|---|---|
| Subtotal ▶<br>(Total of this page) | $ | 250 |
| Total ▶ | $ | 250 |

(Use only on last page of the completed Schedule E)

(Report total also on Summary of Schedules)

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30816

FORM B6F (Official Form 6F) (9/97)

In re ___Sara Newsome Burns___          Case No. ___99-33191-B7___
                  Debtor                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Appel, John G.<br>402 W. Broadway, Suite 400<br>San Diego, CA 92101 | | | Consideration: Retained January 1999 - September 1999/Attorneys' Fees | | | X | 11,000 |
| ACCOUNT NO.<br><br>Heine, Elaine<br>110 West C Street<br>San Diego, CA 92101 | | | Incurred: April 1998<br>Consideration: Attorneys' Fees | | | X | 1,583 |
| ACCOUNT NO.<br><br>Proulx, Bradley<br>c/o Bryan Sampson<br>2139 First Avenue<br>San Diego, CA 92101 | | | Consideration: Unsecured Portion of Judgment Lien against Residence Appeal pending in State Court | | | X | 196,610 |
| ACCOUNT NO.<br><br>Seitman, John<br>Lindley, Lazar & Scales<br>550 C Street, Suite 1800<br>San Diego, CA 92101 | | | Consideration: Attorney's Fees | | | | 3,757 |

___1___ continuation sheets attached

Subtotal ▶ $ 212,950

Total ▶ $

(Report total also on Summary of Schedules)

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30816

FORM B6F (Official Form 6F) (9/97)

In re———— Sara Newsome Burns ————————    Case No. ———— 99-33191-B7 ————
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>U. S. Department of Education<br>P. O. Box 746000<br>Atlanta, GA  30374-6000 | | | Incurred: 1995<br>Consideration: Student Loan | | | | 22,077 |
| ACCOUNT NO. 4024132000637558<br><br>Visa<br>Bank Card Services<br>P. O. Box 53132<br>Phoenix, AZ  85072-3132 | | | Consideration: Credit Card Debt (Unsecured) | | | | 3,595 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors

Subtotal ▶ | $ | 25,672

Total ▶ | $ | 238,622

(Report total also on Summary of Schedules)

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30816

FORM B6G
(10/89)

In re **Sara Newsome Burns** _____
                          Debtor

Case No. ___ **99-33191-B7** _____
                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30816

FORM B6H
(6/90)

In re  Sara Newsome Burns
              **Debtor**

Case No. 99-33191-B7
              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30816

FORM B6I
(6/90)

In re **Sara Newsome Burns**

Debtor

Case No. **99-33191-B7**

(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES No dependents | AGE | RELATIONSHIP |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | N.A. |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 200 | $ N.A. |
| Estimated monthly overtime | $ 0 | $ N.A. |
| SUBTOTAL | $ 200 | $ N.A. |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0 | $ N.A. |
| b. Insurance | $ 0 | $ N.A. |
| c. Union dues | $ 0 | $ N.A. |
| d. Other (Specify) | $ 0 | $ N.A. |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0 | $ N.A. |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 200 | $ N.A. |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0 | $ N.A. |
| Income from real property | $ 600 | $ N.A. |
| Interest and dividends | $ 0 | $ N.A. |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0 | $ N.A. |
| Social security or other government assistance (Specify) Disability | $ 735 | $ N.A. |
| Pension or retirement income | $ 0 | $ N.A. |
| Other monthly income | $ | $ |
| (Specify) | $ 0 | $ N.A. |
| | $ 0 | $ N.A. |
| TOTAL MONTHLY INCOME | $ 1,535 | $ N.A. |

TOTAL COMBINED MONTHLY INCOME $ 1,535    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2000 ©1991-98, New Hope Software, Inc.  -  30816

FORM B6J
(6/90)

In re ___Sara Newsome Burns_____ ,    Case No. ___99-33191-B7_____
                    Debtor                                                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 932 |
| Are real estate taxes included?        Yes _____    No ✓ | |
| Is property insurance included?        Yes _____    No ✓ | |
| Utilities    Electricity and heating fuel | $ 75 |
|              Water and sewer | $ 57 |
|              Telephone | $ 55 |
|              Other _____ | $ 0 |
| Home maintenance (Repairs and upkeep) | $ 100 |
| Food | $ 175 |
| Clothing | $ 15 |
| Laundry and dry cleaning | $ 0 |
| Medical and dental expenses | $ 0 |
| Transportation (not including car payments) | $ 55 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 10 |
| Charitable contributions | $ 0 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|              Homeowner's or renter's | $ 0 |
|              Life | $ 0 |
|              Health | $ 0 |
|              Auto | $ 0 |
|              Other _____ | $ 0 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ Fed & Calif. income Taxes _____ | $ 206 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|              Auto | $ 0 |
|              Other _____ | $ 0 |
|              Other _____ | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 |
| Payments for support of additional dependents not living at your home | $ 0 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0 |
| Other _____ | $ 0 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)        $ | 1,680

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ N.A. |
| B.  Total projected monthly expenses | $ N.A. |
| C.  Excess income (A minus B) | $ N.A. |
| D.  Total amount to be paid into plan each _____ N.A. _____ | $ N.A. |
|                                                (interval) | |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. – 30816

Form B6-Cont.
(12/94)

In re  Sara Newsome Burns
_____,
                    Debtor

Case No.  99-33191-B7
_____
                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____16_____

sheets and that they are true and correct to the best of my knowledge, information and belief.     (Total shown on summary page plus 1)

Date ___9- 7- 99_____       Signature ___Sara  Burns_____
                                                                          Debtor

Date _____        Signature _____Not Applicable_____
                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____
_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FORM 7
Rev. 12/94

# FORM 7. STATEMENT OF FINANCIAL AFFAIRS

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA

In Re  Sara Newsome Burns _____     Case No. ___99-33191-B7_____
                 **(Name)**                                        **(If known)**

**Debtor**

### STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

     Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

     *"In Business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

     *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

**1.   Income from employment or operation of business**

None
☐
     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE (if more than one) | |
|---|---|---|---|
| 1999 | $5,600.00 | Rental Income/Part-time Job | FY: 1/1/99 to 7/31/99 |
| 1998 | 0 | | |
| 1997 | 0 | | |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30816

**2. Income other than from employment or operation of business**

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 3/98-1/99 | $6,340.00 | Francine R. Bean |
| 1997/1998 | | $159,000-1998 and $166,750-1997/Department of Justice/Disability Income |

**3. Payments to Creditors**

None ☐    a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| BANK OF AMERICA/VISA<br>P.O. BOX 53132<br>PHOENIX, AZ 85072 | 10-15-98; 11-30-98 | 5,976.11 | 3,646.68 |
| WESTERN FAMILY<br>P.O. BOX 8000<br>CARLSBAD, CA 92018 | 11-27-98; 1-10-99 | 639.00 | 11,716.00 |

None ☒    b.    List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4a.  Suits and administrative proceedings, executions, garnishments and attachments**

None   a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
☐      preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
       information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
       and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| PROULX v. BURNS, 711064 | CONTINGENCY FEE DISPUTE | SUPERIOR, SAN DIEGO COUNTY, CA | JUDGMENT ON ACTIVE APPEAL |
| IN RE BURNS | APPEAL OF CHAPTER 13 DISMISSSAL | BANKRUPTCY APPELLATE PANEL | ACTIVE |

None   b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one
☒      year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13
       must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses
       are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None       List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒      lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
       (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
       spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6a.  Assignments and Receiverships**

None   a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒      the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment
       by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
       not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & CASE NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐    for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
bankruptcy within one year immediately preceding the commencement of this case or since the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| L. SCOTT KEEHN, ESQ.<br>ROBBINS & KEEHN, APC<br>530 "B" STREET, STE. 2400<br>SAN DIEGO, CA 92101 | JANUARY, 1999 | $5,000.00 |
| L. SCOTT KEEHN<br>ROBBINS & KEEHN, APC<br>530 B STREET, SUITE 2400<br>SAN DIEGO, CA 92101 | AUGUST 1999 | $1,675.00 |

**10.   Other transfers**

None    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs
☒    of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of
this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|



**11.  Closed financial accounts**

None ☐

      List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| WASHINGTON MUTUAL<br>1000 GARNET AVE.<br>SAN DIEGO, CA  92109 | 861-827583-3 | Closed: 11-30-98/0.00<br>Balance: -326.77 |
| VANGUARD MONEY MARKET | 9902060068 | Closed: OCTOBER, 1998<br>Balance: 135,485.43 |

**12.  Safe deposit boxes**

None ☐

      List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| WASHINGTON MUTUAL<br>1000 GARNET AVE.<br>SAN DIEGO, CA  92109 | DEBTOR | EMPTY | |

**13.  Setoffs**

None ☒

      List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|



Bankruptcy2000 ©1991-98, New Hope Software, Inc. – 30816

**14. Property held for another person**


None

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE          LOCATION OF PROPERTY
                                          OF PROPERTY

**15. Prior address of debtor**

None

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, also any separate address of either spouse.

ADDRESS                          NAME USED                      DATES OF
                                                                 OCCUPANCY

## [Questions 16 - 21 are not applicable to this case]

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date      9- 7- 99                Signature        *Sara Burns*
                                  of Debtor        SARA NEWSOME BURNS

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30816