Name, Address, Telephone No. & I.D. No.

**L. SCOTT KEEHN (61691)**
**ROBBINS & KEEHN, APC**
530 "B" Street, Suite 2400
San Diego, CA 92101
(619) 232-1700

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6989

In Re

**SARA NEWSOME BURNS,**

Debtor.

BANKRUPTCY NO. **99-33191-B7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(A) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $___1,675.00*___

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $_____0.00_____

   * Includes filing fee of $175.00.

2. The source of the compensation paid to me was:

   ☐ Debtor          ☒ Other (specify) Debtor's father.

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal services for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial institution, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statement of affairs which may be required;

    c.    Representation of the debtor at the meeting of creditors;

    d.    Representation of the debtor at all examinations conducted pursuant to Bankruptcy Rule 2004, if any, (which occur within ninety (90) days after the filing of the petition)

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    a.    No defense in any motions seeking relief from the automatic stay;

    b.    No defense on any adversary proceedings of any kind which may arise in such a bankruptcy case;.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

DATED:    September 7, 1999    L. SCOTT KEEHN _/s/ S. Scott Keehn_
    (Typed Name and Signature)

    ROBBINS & KEEHN, APC
    (Name of Law Firm)