CSD 2065 [08/08/94]

RICHARD M KIPPERMAN
P.O. BOX 3939
LA MESA, CA   91944-3939
(619) 668-4508

TRUSTEE

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, CA  92101-6991

In re

SARA NEWSOME BURNS

Debtor(s)

Case No. 99-33191-B7

## TRUSTEE REQUEST FOR NOTICE OF PROPOSED ABANDONMENT

TO:  THE BANKRUPTCY CLERK OF COURT
The undersigned trustee requests that the Bankruptcy Court serve a notice of proposed abandonment for (*confine text to box*):

Property Description:

> 1993 TOYOTA CELICA

Estimated Value:
$ 2,500.00

Total Encumbrances:
$ 1,900.00 EXEMPTION

Reason property is to be abandoned (check one or more or add own text at "Other").
☒ There is little or no equity in the property for the estate.
☐ Costs of collection/litigation would likely exceed any recovery.
☐ Preservation of asset is burdensome to the estate.

Other:

Courtroom Deputy's Telephone Number (check appropriate number):
☐ (619) 557-6019/Meyers          ☐ (619) 557-6594/Adler
☐ (619) 557-6018/Hargrove        ☒ (619) 557-5157/Bowie

DATED: November 5, 1999                 _____, Trustee

FOR USE BY Court:

Event Code: reqntcabn    ☐ Form: NAP

DATE REQUESTED:_____ by ID#_____
CSD 2065