1  **SAMPSON & ASSOCIATES**
   Bryan D. Sampson, Esq. (State Bar No. 143143)
2  2139 First Avenue
   San Diego, California 92101
3  (619) 557-9420/Fax 557-9425

4  Attorneys for Secured Creditor PROULX

5

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10 | In re:                              ) | **BANKRUPTCY CASE NO: 99-33191-B7**

11 |                                     ) | **INDEX OF EXHIBITS IN SUPPORT OF**
   | SARA NEWSOME BURNS,                 ) | **OPPOSITION TO DEBTOR'S OBJECTION**
12 |                                     ) | **AND MOTION TO AVOID JUDICIAL LIEN**
   |                                     ) | **PURSUANT TO 11 U.S.C. §523(f)**
13 |            Debtor.                  ) |
   |                                     ) | DATE:      1/31/00
14 |                                     ) | TIME:      10:30 a.m.
   |                                     ) | CTRM:      4
15 |_____) | JUDGE:     Peter W. Bowie

16 | **EXHIBIT #**        **DESCRIPTION**

17 | "1"              State Court Judgment

18 | "2"              Abstract of Judgment and Secretary of State Liens

19 | "3"              Notice of Levy

20 | "4"              Turnover Order for Qui Tam Monies

21 | "5"              Debtor BURNS' Chapter 13 petition, filed 1-25-99

22 | "6"              Order to Dismiss Chapter 13 Action

23 | "7"              Bankruptcy Court Order denying Debtor BURNS' Motion for Stay

24 | "8"              9th Circuit Order denying of Debtor BURNS' request for Stay

25 | "9"              Notice of Filing of Appeal

26 | DATED:                    **SAMPSON & ASSOCIATES**

27 |                    By:    _____

28 |                           Bryan D. Sampson
   |                           Attorney for Secured Creditor/Plaintiff
   |                           BRADLEY PROULX

**EXHIBIT** "1"

E I L E D
KENNETH E. MARTONE
Clerk of the Superior Court

OCT 3 0 1998
MC ly

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| BRADLEY PROULX, | CASE NO.   711064 |
| Plaintiff, | JUDGMENT |
| v. | The foregoing instrument is a full, true and correct copy of the original on file in this office. |
| SARA NEWSOME BURNS, | Attest:     JAN 13 1999 |
| Defendant. | KENNETH E. MARTONE |

Clerk of the Superior Court of the State of California,
In and for the County of San Diego.

By _____ Deputy

This cause came on for hearing on June 15, 1998, in Department M-25 of the above-entitled court, the Honorable Timothy W. Tower, Judge, presiding.  Plaintiff appeared by his attorney T. Michael Reed, and defendant appeared by her attorneys David Tiffany and Randy Grossman.

Jury was waived.  Witnesses on the part of both plaintiffs and defendants were sworn and examined.  After hearing the evidence and the arguments of counsel, the court subsequently rendered a Statement of Decision as follows:  See Statement of Decision attached as Exhibit 1.

WHEREFORE, by virtue of law, and by reason of the premises aforesaid, it is ordered, adjudged, and decreed that plaintiff

proulx\Judgment

1   BRADLEY PROULX has and recovers from defendant the sums as

2   follows:

3        One-third of $580,000.00 or $193,333.33 to be paid pro rata

4   as the government pays defendant, plus $22,267.50 together with

5   interest thereon from July 29, 1991 to the present at the rate

6   of 10% per annum, without compounding, in the amount of

7   $15,861.78.

8        Interest, costs and disbursements are to be determined.

9        WITNESS, the Honorable Timothy W. Tower, Judge of this

10  Court, and my hand and seal of this Court, this ___30TH___ day of

11  ~~September,~~ October, 1998.

12

13

14                                _____
                                  HONORABLE TIMOTHY W. TOWER
15                                Sitting as Judge of the Superior
                                  Court
16

17  Approved as to form:

18

19  _____

20  Attorneys for Defendant

21

22

23

24

25

26

27

28

PLEASE COMPLETE THIS INFORM~

RECORDING REQUESTED BY:

T. Michael Reid, Esq.
Casey, Gerry Reed & Schut
AND WHEN RECORDED MAIL TO:
Casey Gerry Reed & Schenk
110 Laurel St.
San Diego, CA
92101

DOC # 1998-0725547

545    NOV 06, 1998 12:15 PM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:        13.50
NOTICES:    1

*THIS SPACE FOR R*

1998-0725547

Abstract of Judgment

(Please fill in document title(s) on the this line)

**THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
(Additional recording fee applies)

Rec. Form #R25 (7/3/97)

546

982(a)(1)

ATTORNEY OR PARTY WITHOUT ATTORNEY *(name...)*    TELEPHONE:
(619)238-1911

[X] Recording requested by and return:
T. Michael Reed, Esq.
CASEY, GERRY, REED & SCHENK
110 Laurel Street
San Diego, CA 92101

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA
STREET ADDRESS: County of San Diego, Central Branch
MAILING ADDRESS: 220 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME:

PLAINTIFF: BRADLEY PROULX

DEFENDANT: SARA NEWSOME BURNS, et al.

FOR RECORDER'S USE ONLY

CASE NUMBER:

## ABSTRACT OF JUDGMENT

711064

FOR COURT USE ONLY

1. The [X] Judgment creditor [ ] assignee of record
applies for an abstract of judgment and represents the following:
   a. Judgment debtor's

     Name and last known address

     Sara Newsome Burns
     4621 Kensington Drive
     San Diego, CA 92116

   b. Driver's license No. and state:   [X] Unknown
   c. Social Security No.: 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   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
     mailed to *(name and address)*: SEE ABOVE—PER R. BOND by HM

   e. [ ] Additional judgment debtors are shown on reverse.
Date: November 4, 1998

.T. MICHAEL REED.
(TYPE OR PRINT NAME)       ▶ _(signature)_
         (SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract
     of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.
3. Judgment creditor *(name)*: Bradley Proulx

   whose address appears on this form above the court's name.
4. Judgment debtor *(full name as it appears in judgment)*:
   SARA NEWSOME BURNS

6. Total amount of judgment as entered or last renewed:
   $ 231,462.61
7. [ ] An [ ] execution [ ] attachment lien
   is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of *(name and address)*:

[SEAL]

5. a. Judgment entered on
     *(date)*: Oct. 30, 1998
   b. Renewal entered on
     *(date)*:
   c. Renewal entered on
     *(date)*:

This abstract issued on
*(date)*: NOV 06 1998

8. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. [ ] been ordered by the court effective until
     *(date)*:
9. [ ] This judgment is an installment judgment.

Clerk, by _(signature)_ LEE ANN MCALISTER , Deputy

Form Adopted by Rule 982
Judicial Council of California
982(a)(1) (Rev. January 1, 1994)

### ABSTRACT OF JUDGMENT
(CIVIL)

Code of Civil Procedure, §§ 488.480,
674,700,190

Secretary of State
P.O. Box 942835
Sacramento, CA 94235-0001

(FOR ... i IN THE OFFICE OF THE SECRETARY OF ... E)
IMPORT ... ead instructions on back before comp ... is form
REFERENCE ... OF CIVIL PROCEDURE SECTIONS 697.51 ... 697.550 AND 697.570

**1. JUDGMENT DEBTOR (LAST NAME FIRST, IF AN INDIVIDUAL)**

BURNS, SARA NEWSOME

| 1A. MAILING ADDRESS OF JUDGMENT DEBTOR | 1B. CITY, STATE | 1C. ZIP CODE |
|---|---|---|
| 4621 KENSINGTON DRIVE | SAN DIEGO, CA | 92116 |

**2. ADDITIONAL JUDGMENT DEBTOR (IF ANY) (LAST NAME FIRST, IF AN INDIVIDUAL)**

| 2A. MAILING ADDRESS OF ADDITIONAL JUDGMENT DEBTOR | 2B. CITY, STATE | 2C. ZIP CODE |
|---|---|---|
| | | |

**3. JUDGMENT CREDITOR**

NAME: BRADLEY PROULX, C/O SAMPSON & ASSOCIATES
MAILING ADDRESS: 2139 FIRST AVENUE
CITY: SAN DIEGO   STATE: CALIFORNIA   ZIP CODE: 92101

**4. ALL PROPERTY SUBJECT TO ENFORCEMENT OF A MONEY JUDGMENT AGAINST THE JUDGMENT DEBTOR TO WHICH A JUDGMENT LIEN ON PERSONAL PROPERTY MAY ATTACH UNDER SECTION 697.530 OF THE CODE OF CIVIL PROCEDURE IS SUBJECT TO THIS JUDGMENT LIEN.**

A. Title of court where judgment was entered: ___SUPERIOR COURT OF CALIFORNIA___

___COUNTY OF SAN DIEGO___

B. Title of the action: ___BRADLEY PROULX V. SARA NEWSOME BURNS___

C. Number of the action: ___711064___

D. Date judgment was entered: ___OCTOBER 30, 1998___

E. Dates of subsequent renewals of judgment (if any): _____ ; _____

F. Amount required to satisfy judgment at date of this notice: ___$231,462.61___

G. Date of this notice: ___January 31, 1999___

**5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Dated: ___January 31___ 19 ___99___   (If not indicated, the date of declaration is the same as date in item 4G)

SAMPSON & ASSOCIATES (TYPED NAME — SEE SECTION NO. 5)
BY: BRYAN D. SAMPSON, ESQ.
FOR: ___JUDGMENT CREDITOR___

**6. THIS SPACE FOR USE OF FILING OFFICER (DATE, TIME OF FILING AND FILE NUMBER)**

**7.** RETURN COPY TO

NAME: BRYAN D. SAMPSON, ESQ.
ADDRESS: SAMPSON & ASSOCIATES
CITY: 2139 FIRST AVENUE
STATE: SAN DIEGO, CA 92101
ZIP CODE:

FILING FEE $20.00

NOTICE OF JUDGMENT LIEN - FORM J-1 (7/83)
PRESCRIBED BY THE SECRETARY OF STATE

Forms Inc. • P.O. Box 1109 • La Jolla, CA 92038 • 800/854-1080 • Form 9J1

EXHIBIT ___"3"___

SENT BY:    L-15-99 ; 10:56 ; CASEY GERRY CASEY→    619 557 9425;#27

1

2

3

4

5

6

7

8

F I L E D

KENNETH E. MARTONE
Clerk of the Superior Court

**DEC 1 6 1998**

By: M. RADEMAKER, Deputy

9     **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10

11     **FOR THE COUNTY OF SAN DIEGO**

12

13

| | | |
|---|---|---|
| BRADLEY PROULX, | ) | CASE NO. 711064 |
| | ) | |
| Plaintiff and | ) | **TURNOVER ORDER IN AID OF** |
| Judgment Creditor, | ) | **EXECUTION** |
| | ) | |
| vs. | ) | |
| | ) | |
| SARA NEWSOME BURNS, and DOES 1 | ) | |
| through 20, | ) | |
| | ) | |
| Defendants and | ) | |
| Judgment Debtors. | ) | |

Plaintiff/Judgment Creditor BRADLEY PROULX's motion for a turnover order in

aid of execution came for hearing before this Court on December 4, 1998 at 3:00 p.m. in

Department 46 of the above-entitled court, Honorable Ronald S. Prager presiding.  No

appearances were made by counsel as the motion was set for telephonic ruling.

    The Court, having considered Plaintiff and Judgment Creditor's motion for a

Turnover Order in Aid of Execution, the written submissions of the parties, and the files and records of the case, and good cause having been shown therefore:

IT IS HEREBY ORDERED as follows:

1)      Upon receipt of, or upon receiving control or possession of the following described assets or any instrument representing or relating to those assets, the Defendant and Judgment Debtor, SARA NEWSOME BURNS, and/or any person acting in concert with her or under her direction or control, including her attorneys in the instant matter, DAN LAWTON, ESQ., and RANDY GROSSMAN, ESQ., and her attorney in *United States ex rel Newsome v. Family Practice Associates, et al.*, Civil Action No. 91-1325-E(P) (United States District Court for the Southern District of California), JOHN J. APPEL, JR., ESQ., shall immediately endorse and turn over, or cause to be turned over to the Marshal of San Diego County:

Any and all checks or funds received by SARA NEWSOME BURNS, DAN LAWTON, ESQ., RANDY GROSSMAN, ESQ., or JOHN J. APPEL, JR., ESQ., which represent payment to MS. BURNS of fees due to her for her participation as a relator in *United States ex rel Newsome v. Family Practice Associates, et al.*, Civil Action No. 91-1325-E(P) (United States District Court for the Southern District of California) and ordered paid to MS. BURNS pursuant to the Order on Stipulation for Order Modifying Settlement Agreement, dated July 1, 1997, in *U.S. ex rel Newsome v. Family Practice Associates, supra.*

2)      Neither the Defendant and Judgment Debtor, SARA NEWSOME BURNS, nor any person acting in concert with her or under her direction or control, including her

attorneys in the instant matter, DAN LAWTON, ESQ., and RANDY GROSSMAN, ESQ., and her attorney in *United States ex rel Newsome v. Family Practice Associates, et al.*, Civil Action No. 91-1325-E(P) (United States District Court for the Southern District of California), JOHN J. APPEL, JR., ESQ., shall receive, deposit, conceal, remove, or sequester the above-described funds, nor shall they obstruct, delay, prevent, or interfere in any manner with the timely delivery of the above-described funds to the Marshal of San Diego County.

IT IS FURTHER ORDERED that this Order shall be personally served on the judgment debtor, SARA NEWSOME BURNS, and her attorneys of record in the instant matter, DAN LAWTON, ESQ., and RANDY GROSSMAN, ESQ., and her attorney in *United States ex rel Newsome v. Family Practice Associates, et al., supra,* JOHN J. APPEL, JR., ESQ.

**NOTICE IS HEREBY GIVEN THAT FAILURE BY THE JUDGMENT DEBTOR, HER ABOVE-NAMED ATTORNEYS OF RECORD, OR ANY PERSON ACTING ON HER BEHALF OR UNDER HER CONTROL, TO COMPLY WITH THIS ORDER MAY SUBJECT SUCH PERSON TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.**

Dated: December 16, 1998.

The foregoing instrument is a full, true and correct copy of the original on file in this office.

Attest: DEC 16 1998

KENNETH E. MARTONE
Clerk of the Superior Court of the State of California, in and for the County of San Diego.

By Mary E. _____ Deputy

Ronald S. Prager
_____
HONORABLE RONALD S. PRAGER
Judge of the Superior Court

Page 3

EXHIBIT  "4"

1 | **SAMPSON & ASSOCIATES**
Bryan D. Sampson (#143143)
2 | 2139 First Avenue
San Diego, CA 92101
3 | (619) 557-9420/Fax 557-9425

4 | Attorneys for Lien Claimant BRADLEY PROULX

FILED

99 JAN 13 PM 2: 08

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                              DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ex rel SARA
NEWSOME (BURNS),

        Plaintiffs,

v.

FAMILY PRACTICE ASSOCIATES, et al.

        Defendants.

)
)
)
)
)
)
)
)
)
)
)

CASE NO. 91-1325-K(POR)

**NOTICE OF LIEN**

ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT:

A lien is created by this Notice under FRCP 69 and Article 5 (commencing
with section 708.410) of Chapter 6 of Title 9 of Part 2 of the California Code of Civil
Procedure.  The lien is based on a money judgment.  The right to attach order or
the money judgment is entered in the following action: Superior Court of California,
San Diego Branch, <u>Bradley Proulx v. Sara Newsome Burns, et al.</u>  Date of Entry of
Judgment was October 30, 1998.

The name and address of the judgment creditor or person who obtained the
right to attach order are (specifically): Bradley Proulx, c/o Casey Gerry Reed &
Schenk, 110 Laurel Street, San Diego, CA., 92101.  The name and last known
address of the judgment debtor or person whose property is subject to the right to

1  attach order are (specifically): Sara Newsome Burns, 4621 Kensington Drive, San

2  Diego, 92116.  The amount required to satisfy the judgment creditor's money

3  judgment or to secure the amount to be secured by the attachment at the time this

4  notice of lien is filed is $231,462.61.

5          The lien created by this notice attached to any cause of action of the person

6  named in item 5 that is the subject of this action or proceeding and to that person's

7  rights to money or property under any judgment subsequently procured in this

8  action or proceeding.

9          No compromise, dismissal, settlement or satisfaction of this action or

10  proceeding or any of the rights of the person named in item 5 to money or property

11  under any judgment procured in this action or proceeding may be entered into by

12  or on behalf of that person, and that person may not enforce any rights to money

13  or property under any judgment procured in this action or proceeding by a writ or

14  otherwise, unless one of the following requirements is satisfied:

15  a.      the prior approval by order of the court in this action or proceeding has been

16          obtained;

17  b.      the written consent of the person named in item 4 has been obtained or that

18          person has released the lien; or

19  c.      the money judgment of the person named in item 4 has been satisfied.

20          **NOTICE: The person named in item 5 may claim an exemption for all or**

21  **any portion of the money or property within 30 days after receiving notice of**

22  **the creation of the lien.  the Exemption is waived if it is not claimed in time.**

23  DATED: 1-13-99

SAMPSON & ASSOCIATES

By:

Bryan D. Sampson
Attorneys for Lien Claimant

24

25

26

27

28

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and address):*  TELEPHONE NO.:  FOR COURT USE ONLY

Bryan D. Sampson, Esq. (#14——3)  (619) 557-9420
SAMPSON & ASSOCIATES  fax (619) 557-9425
2139 First Avenue
San Diego, CA 92101

ATTORNEY FOR LIEN CLAIMANT: BRADLEY PROULX

NAME OF COURT: UNITED STATES DISTRICT COURT
STREET ADDRESS: 880 Front Street, Ste. 4290
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101-8900
BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA

PLAINTIFF: United States of America ex rel Sara Newsome (Burns)

DEFENDANT: Family Practice Associates, et al.

| | |
|---|---|
| **NOTICE OF LIEN**<br>(Attachment - Enforcement of Judgment) | CASE NUMBER:<br>91-1325-K(POR) |

**ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT**

1. A lien is created by this notice under
   a. ☐ Article 3 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the Code of Civil Procedure.
   b. ☒ Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.

2. The lien is based on a
   a. ☐ right to attach order and an order permitting the creation of a lien (copies attached).
   b. ☒ money judgment.

3. The right to attach order or the money judgment is entered in the following action:
   a. Title of court *(specify)*:   SUPERIOR COURT OF CALIFORNIA, SAN DIEGO BRANCH
   b. Name of case *(specify)*:   BRADLEY PROULX v. SARA NEWSOME BURNS, et al.
   c. Number of case *(specify)*:   711064
   d. ☒ Date of entry of judgment *(specify)*:   October 30, 1998
   e. ☐ Dates of renewal of judgment *(specify)*:

4. The name and address of the judgment creditor or person who obtained the right to attach order are *(specify)*:
   BRADLEY PROULX, c/o Casey, Gerry, Reed & Schenk, 110 Laurel St., San Diego, CA 92101

5. The name and last known address of the judgment debtor or person whose property is subject to the right to attach order are *(specify)*:
   SARA NEWSOME BURNS, 4621 Kensington Drive, San Diego, CA 92116

6. The amount required to satisfy the judgment creditor's money judgment or to secure the amount to be secured by the attachment at the time this notice of lien is filed is
   $        231,462.61

7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and to that person's rights to money or property under any judgment subsequently procured in this action or proceeding.

8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:
   a. the prior approval by order of the court in this action or proceeding has been obtained;
   b. the written consent of the person named in item 4 has been obtained or that person has released the lien; or
   c. the money judgment of the person named in item 4 has been satisfied.

> **NOTICE** The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.

Date:  January 13, 1999

BRYAN D. SAMPSON, ESQ.
(TYPE OR PRINT NAME)

► *(SIGNATURE OF LIEN CLAIMANT OR ATTORNEY)*

Form Approved by the
Judicial Council of California
AT-180, EJ-185 [New January 1, 1985]
Martin Dean's Essential Forms ™

**NOTICE OF LIEN**
(Attachment - Enforcement of Judgment)

PROULX v. BURNS

CCP 491.410, 708.410

F I L E D
KENNETH E. MARTONE
Clerk of the Superior Court

OCT 3 0 1998
MC ξφ

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO

BRADLEY PROULX,

              Plaintiff,

v.

SARA NEWSOME BURNS,

              Defendant.

CASE NO.  711064

JUDGMENT

The foregoing instrument is a full, true and correct copy of the original on file in this office.

Attest: **JAN 1 3 1999**

**KENNETH E. MARTONE**
Clerk of the Superior Court of the State of California, in and for the County of San Diego.

By ⟨signature⟩ Deputy

This cause came on for hearing on June 15, 1998, in Department M-25 of the above-entitled court, the Honorable Timothy W. Tower, Judge, presiding.  Plaintiff appeared by his attorney T. Michael Reed, and defendant appeared by her attorneys David Tiffany and Randy Grossman.

Jury was waived.  Witnesses on the part of both plaintiffs and defendants were sworn and examined.  After hearing the evidence and the arguments of counsel, the court subsequently rendered a Statement of Decision as follows:  See Statement of Decision attached as Exhibit 1.

WHEREFORE, by virtue of law, and by reason of the premises aforesaid, it is ordered, adjudged, and decreed that plaintiff

1  BRADLEY PROULX has and recovers from defendant the sums as

2  follows:

3      One-third of $580,000.00 or $193,333.33 to be paid pro rata

4  as the government pays defendant, plus $22,267.50 together with

5  interest thereon from July 29, 1991 to the present at the rate

6  of 10% per annum, without compounding, in the amount of

7  $15,861.78.

8      Interest, costs and disbursements are to be determined.

9      WITNESS, the Honorable Timothy W. Tower, Judge of this

10  Court, and my hand and seal of this Court, this ___30TH___ day of

11  ~~September,~~ *October* 1998.

12

13

14                          _____
                            HONORABLE TIMOTHY W. TOWER

15                          Sitting as Judge of the Superior
                            Court

16

17  Approved as to form:

18

19  _____

20  Attorneys for Defendant

21

22

23

24

25

26

27

28

EXHIBIT "5"

FORM B1

United States Bankruptcy Court
SOUTHERN DISTRICT OF CALIFORNIA

**Voluntary Petition**

| Name of Debtor (If individual, enter Last, First, Middle): Burns, Sara Newsome | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): None | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all): 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 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): 4621 Kensinton Drive San Diego, CA 92116 | Street Address of Joint Debtor(No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: San Diego | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | Attorney: L. Scott Keehn, 61691 ROBBINS & KEEHN, APC 530 "B" Street, Suite 2400 San Diego, California 92101 ph: 619-232-1700 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| [✓] Individual(s)    [ ] Railroad | [ ] Chapter 7    [ ] Chapter 11    [✓] Chapter 13 |
| [ ] Corporation    [ ] Stockbroker | [ ] Chapter 9    [ ] Chapter 12 |
| [ ] Partnership    [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding |
| [ ] Other _____ | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| [✓] Consumer/Non-Business    [ ] Business | [✓] Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| [ ] Debtor is a small business as defined in 11 U.S.C. § 101. | |
| [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [✓] Debtor estimates that funds will be available for distribution to unsecured creditors. | Case # 99-00811-1315 |
| [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | JUDGE PETER BOWIE Chapter 13 |

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

Filed : 01/25/99 @10:33am
Deputy : I TOPKISBYD
Receipt # 00110032
Amount : $160.00

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

RELIEF ORDERED Clerk, U.S. Bankruptcy Court Southern District of California

Estimated Debts

EXHIBIT __"6"__

1  **SAMPSON & ASSOCIATES**
   Bryan D. Sampson (#143143)
2  2139 First Avenue
   San Diego, CA 92101
3  (619) 557-9420/Fax (619) 557-9425

4  Attorneys for Creditor BRADLEY PROULX



ENTERED    JUL 2 2 1999

FILED    JUL - 6 1999

JUL 1 9 1999
BY

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

8              UNITED STATES BANKRUPTCY COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10  In re:                              )    CASE NO. 99-00811-B13
                                        )
11      SARA NEWSOME BURNS,             )    **ORDER DISMISSING CASE**
                                        )
12                                      )
                                        )    Date:    6/28/99
13          Debtor.                     )    Time:    10:00 a.m.
                                        )    Ctrm:    2
14                                      )    Hon. Louise DeCarl Adler
                                        )
15  _____     )

16      Creditor BRADLEY PROULX's objection to Debtor SARA NEWSOME BURNS

17  Chapter 13 petition under 11 U.S.C. §109(e) came before this court on the above date and

18  time upon evidentiary hearing, the Honorable Louise DeCarl Adler, presiding.  Creditor

19  BRADLEY PROULX appeared through his counsel, Bryan D. Sampson.  Debtor SARA

20  NEWSOME BURNS appeared through her counsel, L. Scott Kheen.  Upon reviewing the

21  pleadings filed by the parties, hearing oral argument and hearing evidence presented by

22  both parties, and ~~good cause appearing,~~ *for the reasons set forth in that letter opinion filed*

23  *July 1, 1999,*
         THE COURT HEREBY FINDS that Debtor's non-contingent, liquidated, unsecured

24  debts total $270,146.84.  Therefore, Debtor does not qualify for Chapter 13 relief under 11

25  U.S.C. §109(e) and, therefore,

26  ///

27  ///

28  ///

144

1    IT IS HEREBY ORDERED that Creditor BRADLEY PROULX;'s objection to Debtor's

2  Chapter 13 petition is sustained and that Debtor SARA NEWSOME BURNS' Chapter 13

3  case is hereby dismissed.

4

**IT IS SO ORDERED.**

5

6  DATED: *19 July 99*

7                                              Judge, United States Bankruptcy Court

8

9  NOTICE:        Signature by the attorney constitutes a certification under Federal Rule of
                  Bankruptcy Procedure 9011 that the relief provided by the Order is the relief
10                granted by the Court.

11
    Submitted by:
12                                    Bryan D. Sampson

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  In re: Sara Newsome Burns
    Case No.: 99-00811-B13
28  Order Dismissing Case

EXHIBIT "7"

1  L. Scott Keehn (SBN 61691)
   Lisa L. Keehn (SBN 167696)
2  **ROBBINS & KEEHN**
   A Professional Corporation
3  530 "B" Street, Suite 2400
   San Diego, California 92101
4  Telephone: (619) 232-1700

5  Attorneys for Debtor
   **SARA NEWSOME BURNS**

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  In re:                                    )  CASE NO. 99-00811-B13
                                              )
12  **SARA NEWSOME BURNS**, an individual,    )  **[PROPOSED] ORDER ON**
                                              )  **EMERGENCY MOTION FOR STAY**
13                                            )  **PENDING APPEAL OR**
                   Debtor.                    )  **ALTERNATIVELY, FOR A**
14                                            )  **TEMPORARY STAY PENDING THE**
                                              )  **COURT'S ORDER ON A REGULARLY-**
15                                            )  **NOTICED MOTION FOR STAY**
                                              )  **PENDING APPEAL**
16                                            )
                                              )  **[NO HEARING CURRENTLY**
17                                            )  **SCHEDULED]**
                                              )
18                                            )
                                              )  **HONORABLE LOUISE DeCARL**
19                                            )  **ADLER**
                                              )
20  ──────────────────────────────────────── )

21         Upon the Motion of SARA NEWSOME BURNS, the Chapter 13 debtor herein (the "Debtor")

22  for an order pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure staying any order

23  dismissing these proceedings pending a final order on appeal, or alternatively, for an order granting

24  a temporary stay of any order dismissing these proceedings pending this Court's order on a regularly

25  noticed motion for a stay of the order dismissing these proceedings pending appeal, the Motion having

26  been personally served on all interested parties,

27  /////

28  /////

*ROBBINS & KEEHN, APC*
*ATTORNEYS AT LAW*
*2400 UNION BANK BUILDING - 530 "B" STREET*
*SAN DIEGO, CALIFORNIA 92101*
*TELEPHONE (619) 232-1700 - TELECOPIER (619) 544-9055*

ENTERED 7-21-99

FILED

JUL 19 999

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            105            DEPUTY

*59278/LLK/4812.01*

**IT IS HEREBY ORDERED** that:

1.0    The Motion is GRANTED; and

2.0    Without limiting the generality of the relief granted in paragraph 1.0 above, the Court further and specifically orders that:

2.1    Any order dismissing these proceedings is stayed pending a final order on appeal; or

2.2    Any order dismissing these proceedings is stayed temporarily pending an order from this Court on a regularly noticed motion for a stay pending appeal.

Dated:_____    _____
                                 Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. Bankr. P. 9011 that the relief provided by the order is the relief granted by the court.

**ROBBINS & KEEHN**
**A Professional Corporation**

NOT APPROVED
Date: ___JUL 1 9 1999___

By: _____    _____
L. Scott Keehn                   Bankruptcy Judge
Lisa L. Keehn
Attorneys for Debtor
SARA NEWSOME BURNS

IN RE SARA NEWSOME BURNS
CASE NO. 99-00811-B13
PROPOSED] ORDER ON EMERGENCY MOTION
FOR STAY PENDING APPEAL ETC.

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

EXHIBIT "8"

## UNITED STATES BANKRUPTCY APPELLATE PANEL
## OF THE NINTH CIRCUIT

| | | |
|---|---|---|
| In re | ) | BAP No.   SC-99-1445 |
| | ) | |
| SARA NEWSOME BURNS, | ) | Bk. No.   99-00811-B13 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| SARA NEWSOME BURNS, | ) | |
| | ) | **F I L E D** |
| Appellant, | ) | |
| v. | ) | **ORDER**   AUG 0 4 1999 |
| | ) | |
| BRADLEY PROULX; THOMAS H. | ) | NANCY B. DICKERSON, CLERK |
| BILLINGSLEA, Jr., Chapter 13 | ) | U.S. BKCY. APP. PANEL |
| Trustee, | ) | OF THE NINTH CIRCUIT |
| Appellees. | ) | |
| _____ | ) | |

Before: KLEIN and PERRIS, Bankruptcy Judges.

Appellant's Motion for Stay Pending Appeal has been received and reviewed. The motion is hereby ORDERED DENIED.

**EXHIBIT** ___"9"___

L. Scott Keehn (SBN 61691)
Lisa L. Keehn (SBN 167696)
**ROBBINS & KEEHN**
A Professional Corporation
530 "B" Street, Suite 2400
San Diego, CA  92101
Telephone: (619) 232-1700
Facsimile:  (619) 544-9095

Attorneys for Appellant
SARA NEWSOME BURNS

## UNITED STATES BANKRUPTCY APPELLATE PANEL

### OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: | ) **BAP NO. SC-99-1445** |
| | ) |
| SARA  NEWSOME BURNS, an individual | ) **BK. CASE NO. 99-00811-B13** |
| | ) |
| Debtor. | ) **APPEAL NO. 1** |
| | ) |
| _____ | ) |
| | ) |
| SARA NEWSOME BURNS, | ) **NOTICE OF FILING OF BANKRUPTCY** |
| | ) **COURT ORDER FROM WHICH APPEAL** |
| Appellant, | ) **IS BEING TAKEN AND DESIGNATION** |
| | ) **OF ADDITIONAL ITEM FOR RECORD** |
| v. | ) **ON APPEAL** |
| | ) |
| BRADLEY PROULX; CHAPTER 13 | ) |
| TRUSTEE, | ) |
| | ) |
| Appellees. | ) |
| | ) |
| _____ | ) |

**TO:    ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:**

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

59792/LLK/4812.01

1     **PLEASE TAKE NOTICE THAT**, attached hereto, marked Exhibit A and incorporated herein

2 by this reference is a filed-stamped and executed copy of the "ORDER DISMISSING CASE" from

3 which the instant appeal is being taken (the "Order").  Appellant Sara Burns respectfully submits the

4 Order pursuant to Rule 6 of the Rules of the Bankruptcy Appellate Panel, and hereby designates the

5 Order as an additional item for the record on appeal.

6

7                                           Respectfully submitted,

DATED:  _07/30/99_

8                                           **ROBBINS & KEEHN**

9                                           A Professional Corporation

10

11             By: _____

12                L. Scott Keehn
               Lisa L. Keehn

13                Attorneys for Debtor/Appellant
               SARA NEWSOME BURNS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

59792/LLK/4812.01

Name, Address, Telephone no.

Bryan D. Sampson          557-9420  Phone
SAMPSON & ASSOCIATES      55    15  Fax
2139 First Avenue
San Diego, CA.  92101
(SBN #143143)

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re    SARA NEWSOME BURNS

BANKRUPTCY NO.  99-0081-B13

Debtor.

## NOTICE OF ENTRY

O THE PARTIES IN INTEREST NAMED BELOW:

You are hereby notified that on _____ **JUL 2 2 1999** _____, this Court entered in the docket for the above-titled case the following Judgment [or Order], to wit:

ORDER DISMISSING CASE

I hereby certify that a copy of this notice was mailed to the parties of interest on this date: [check as appropriate]

X ]    UNITED STATES TRUSTEE, Department of Justice, 402 West Broadway, Suite 600, San Diego, CA 92101
X ]    THOMAS H. BILLINGSLEA, JR., TRUSTEE, 530 "B" Street, Suite 1500, San Diego, CA 92101
        (For Chapter 13 cases numbered 90-08445 or lower and ODD numbers beginning with 92-01217)
  ]    DAVID L. SKELTON, TRUSTEE, 620 "C" Street, Suite 413, San Diego, CA 92101-5312
        (For Chapter 13 cases numbered 90-08446 to 92-01215 and EVEN numbers beginning with 92-01216)
  ]    Chapter 7 Trustee:

I in addition: [Continue on reverse, if necessary]
    L. Scott Keehn
    Robbins & Keehn
    530 "B" Street, Suite 2400
    San Diego, CA.  92101

ᴀ-TED:  JUL 2 2 1999

1190

Barry K. Lander, Clerk

By: _____, Deputy Clerk

EXHIBIT A



1  **SAMPSON & ASSOCIATES**
   Bryan D. Sampson (#143143)
2  2139 First Avenue
   San Diego, CA 92101
3  (619) 557-9420/Fax (619) 557-9425

4  Attorneys for Creditor BRADLEY PROULX

ENTERED   JUL 2 2 1999

FILED

JUL 1 9 1999

JUL - 6 1999

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

8           UNITED STATES BANKRUPTCY COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10  In re:                        )   CASE NO. 99-00811-B13
                                  )
11      SARA NEWSOME BURNS,       )   **ORDER DISMISSING CASE**
                                  )
12                                )   Date:      6/28/99
            Debtor.               )   Time:      10:00 a.m.
13                                )   Ctrm:      2
                                  )   Hon. Louise DeCarl Adler
14                                )
                                  )
15  _____)

16      Creditor BRADLEY PROULX's objection to Debtor SARA NEWSOME BURNS

17  Chapter 13 petition under 11 U.S.C. §109(e) came before this court on the above date and

18  time upon evidentiary hearing, the Honorable Louise DeCarl Adler, presiding.  Creditor

19  BRADLEY PROULX appeared through his counsel, Bryan D. Sampson.  Debtor SARA

20  NEWSOME BURNS appeared through her counsel, L. Scott Kheen.  Upon reviewing the

21  pleadings filed by the parties, hearing oral argument and hearing evidence presented by

22  both parties, and ~~good cause appearing~~, *for the reasons set forth in that later opinion filed*

23  *July 1, 1999,*
        THE COURT HEREBY FINDS that Debtor's non-contingent, liquidated, unsecured

24  debts total $270,146.84.  Therefore, Debtor does not qualify for Chapter 13 relief under 11

25  U.S.C. §109(e) and, therefore,

26  ///

27  ///

28  ///

1    IT IS HEREBY ORDERED that Creditor BRADLEY PROULX;'s objection to Debtor's

2  Chapter 13 petition is sustained and that Debtor SARA NEWSOME BURNS' Chapter 13

3  case is hereby dismissed.

4    **IT IS SO ORDERED.**

5

6  DATED: _19 July 99_

7                                                    Judge, United States Bankruptcy Court

8

9  NOTICE:    Signature by the attorney constitutes a certification under Federal Rule of
            Bankruptcy Procedure 9011 that the relief provided by the Order is the relief
10           granted by the Court.

11

Submitted by:

12                                    Bryan D. Sampson

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  In re: Sara Newsome Burns
    Case No.: 99-00811-B13
28  Order Dismissing Case

