FILED

00 JAN 24 PM 3: 36

CLERK
U.S. BANKRUPTCY CT.
SO. DIST OF CALIF

Gary B. Rudolph, Esq. (#101921)
William P. Fennell, Esq. (#164210)
Yosina M. Lissebeck, Esq. (#201654)
SPARBER, FERGUSON, PONDER & RYAN
A Professional Law Corporation
701 "B" Street, Tenth Floor
San Diego, CA 92101
(619) 239-3600

Attorneys for Richard M. Kipperman, Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re ) Case No. 99-33191-B7
)
SARA NEWSOME BURNS ) **DECLARATION OF DISINTEREST**
(SSN 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), ) **OF ATTORNEYS**
)
)
)
)
)
Debtor. )

I, Gary B. Rudolph, declare:

1. I am attorney at law duly licensed to practice law before this Court and am a partner with the law firm of Sparber, Ferguson, Ponder & Ryan (the "firm").

2. I am not and no employee or member of the firm is a creditor or insider of the debtor herein; nor within three years before the date of the filing of the petition herein have I or any member or employee of the firm been an attorney for an investment banker for a security of the debtors; nor within two years before the date of the filing of the petition herein have I, or any member or employee of the firm, been a director, officer or employee of the debtor or of an investment banker for a security of the debtor.

ORIGINAL

1-7/131204.1

3. Neither I nor any member or employee of the firm have an interest materially adverse to the interest of the estate of the debtor or of any class of creditor or equity security holder, and we represent no interest adverse to the estate of the debtor.

4. I and all members and employees of the firm are disinterested persons with respect to the debtor and the estate of the debtor within the meaning of Bankruptcy Code Sections 101(14) and 327(a).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this ___ day of December, 1999, at San Diego, California.

_____
Gary B. Rudolph