CSD 1100 [06/19/97]

Name, Address, Telephone No. & I.D. No.
L. Scott Keehn (SBN 61691)
Charles F. Robbins (SBN 132666)
ROBBINS & KEEHN, APC
530 "B" Street, Suite 2400
San Diego, CA 92101
(619) 232-1700
Attorneys for SARA NEWSOME BURNS

FILED
00 MAR 14 PM 3:08
CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re SARA NEWSOME BURNS

Debtor.

BANKRUPTCY NO. 99-33191-B7

## AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

[ ]   Petition

[ ]   Summary of Schedules

[ ]   Schedule A & B - Schedule of Real or Personal Property

[X]   Schedule C - Schedule of Property Claimed Exempt

[ ]   Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009

    [ ]   Adding new names or changing addresses - $20.00 fee required. See instructions on reverse side.

    [ ]   Correcting or deleting other information. See instructions on reverse side.

[ ]   Schedule G - Schedule of Executory Contracts & Expired Leases

[ ]   Schedule H - Schedule of Co-Debtor

[ ]   Schedule I - Current Income of Individual Debtor(s)

[ ]   Schedule J - Current Expenditure of Individual Debtor(s)

[ ]   Statement of Financial Affairs

Dated: 3/14/00    Signature _____
                               Attorney for Debtor

### DECLARATION OF DEBTOR

I, SARA NEWSOME BURNS, the debtor herein, hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of ___ pages, is true and correct to the best of my information and belief.

Dated: 3/10/00    _____
                  Sara Newsome Burns

CSD 1100 (RECEIPT NO._____)    **REFER TO INSTRUCTIONS ON REVERSE SIDE**

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED. Pages from the original document which are not affected by the change are not to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      A. "ADDED," if the information was missing from the previous document filed; or
      B. "CORRECTED," if the information modifies previously listed information; or
      C. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.
B. When adding, deleting, or correcting creditor address information, the required mailing list and a Verification of Creditor Matrix, (CSD 1008), must accompany the amendment. The Verification is a separate document. Do not staple it to this Amendment.
C. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors or if altering the status or amount of a claim.

**AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED**
**\*\* AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES \*\***

===============================================================================

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __14__ day of MARCH 2000, I served a true copy of the within AMENDMENT by [describe here mode of service]

## FIRST CLASS MAIL

on the following persons [set forth name and address of each person served] and as checked below:

[XX ]   Chpt. 7 Trustee:

RICHARD M. KIPPERMAN
P. O. BOX 3939
LA MESA, CA 91944-3939


SEE ATTACHED SERVICE LIST


| | | | | | |
|---|---|---|---|---|---|
| [XX] | For Chpt. 7, 11, & 12 cases:<br><br>UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | [xx] | For Chpt. 13 cases numbered 90-08445 or lower and ODD numbers beginning with 92-01217:<br>THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite 1500<br>San Diego, CA 92101 | [ ] | For Chpt. 13 cases numbered 90-08446 to 92-01215 and EVEN numbers beginning with 92-01216:<br>DAVID L. SKELTON, TRUSTEE<br>620 "C" Street, Suite 413<br>San Diego, CA 92101-5312 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __3-14-00__          Jaime L. Gregory    /s/ Jaime L. Gregory
              (Date)                (Typed Name and Signature)

                                  530 B STREET, SUITE 2400
                                  (Address)

                                  SAN DIEGO, CA 92101
                                  (City, State, ZIP Code)

CSD 1100/66050

In Re  SARA NEWSOME BURNS                                CASE NO. 99-33191-B7

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which the debtor is entitled under:
**(Check one box)**
[ ] 11 U.S.C. Section 522(b)(1):  Exemptions provided in 11 U.S.C. Section 522(d).  Note: These exemptions are available only in certain states.
[X] 11 U.S.C. Section 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION[1] | VALUE OF CLAIMED EXEMPTION[2] | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence | 704.730(a)(3)(B) | AMENDED: $125,000.00 | $290,000.00 |

Schedule C - Property Claimed as Exempt - Page 1        AMENDED                                66033-1.xls

## SERVICE LIST

Appel, John G.
402 W. Broadway, Suite 400
San Diego, CA 92101

Bank America
P. O. Box 59104
Las Vegas, NV 89159-1004

Byan D. Sampson, Esq.
Sampson & Associates
2139 First Avenue
San Diego, CA 92101

Gary B. Rudolph, Esq.
Sparber, Ferguson, Ponder & Ry
701 "B" Street, Suite 1000
San Diego, CA 92101

Heine, Elaine
110 West C Street
San Diego, CA 92101

Proulx, Bradley
c/o Bryan Sampson
2139 First Avenue
San Diego, CA 92101

Rubean, Francine
4623 Kensington Drive
San Diego, CA 92116

Seitman, John
Lindley, Lazar & Scales
550 C Street, Suite 1800
San Diego, CA 92101

U. S. Department of Education
P. O. Box 746000
Atlanta, GA 30374-6000

Visa
Bank Card Services
P. O. Box 53132
Phoenix, AZ 85072-3132

Western Family Financial
P. O. Box 8000
Carlsbad, CA 92018-8000

Richard M. Kipperman
P. O. Box 3939
La Mesa, CA 91944-3939

United States Trustee
402 W. Broadway, Suite 600
San Diego, CA 92101