L. Scott Keehn (SBN 61691)
Lisa L. Keehn (SBN 167696)
**ROBBINS & KEEHN**
A Professional Corporation
530 "B" Street, Suite 2400
San Diego, California 92101
Telephone: (619) 232-1700

Attorneys for Debtor
**SARA NEWSOME BURNS**

FILED
00 MAY -5 AM 9: 54
CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In re:

SARA NEWSOME BURNS, an individual,

Debtor.

CASE NO. 99-33191-B7

DECLARATION OF L. SCOTT KEEHN RE: SUPPLEMENTAL EVIDENCE (RECENT DEVELOPMENTS)

Date: May 30, 2000
Time: 11:00a.m.
Dept: 4
Hon. Peter W. Bowie

I, L. Scott Keehn declare as follows:

1.  I am an attorney at law licensed to practice law in the State of California, and admitted to practice before the United States District Court for the Southern District of California. I am also a shareholder in the firm of Robbins & Keehn, a Professional Corporation, attorneys of record for Sara N. Burns, the Debtor in the above entitled bankruptcy proceedings. I am the shareholder in charge of this engagement, and the attorney within the Firm most familiar with the engagement and matters related to it.

2.  Attached hereto and marked Exhibit 1 and incorporated herein by this reference is a copy of correspondence which I received from John G. Rowe, M.D. on or about May 2, 2000. As more fully appears from the exhibit itself, it identifies the rate at which the Debtor will incur litigation

**ORIGINAL**

67307/LSK/4878.01

1  expenses if, and to the extent that Dr. Rowe, her primary treating physician, is required to give
2  testimony in connection with the matters now before the Court.

3　　　　3.　　　I have first hand knowledge of all of the foregoing, and if called as a witness could, and
4  would, testify in the manner herein above set forth.

5　　　　I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day
6  of May, 2000, at San Diego, California.

*[Signature]*
L. SCOTT KEEHN

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

67307/LSK/4878.01