1   L. Scott Keehn (SBN 61691)
    Lisa L. Keehn (SBN 167696)
2   **ROBBINS & KEEHN**
    A Professional Corporation
3   530 "B" Street, Suite 2400
    San Diego, California 92101
4   Telephone: (619) 232-1700

5   Attorneys for Debtor
    **SARA NEWSOME BURNS**

6

7

FILED

00 MAY -5 AM 9: 54

CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

8         **UNITED STATES BANKRUPTCY COURT**

9         **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   In re:                    )   **CASE NO. 99-33191-B7**

12   **SARA NEWSOME BURNS**, an individual, )   **VERIFIED ERRATA TO:**
                                )   **DECLARATION OF SARA NEWSOME**
13                                  )   **BURNS IN OPPOSITION TO MOTION**
                Debtor.        )   **OBJECTING TO DEBTOR'S**
14                                  )   **AMENDED EXEMPTION CLAIM**
                                 )
15                                  )   Date: May 30, 2000
                                 )   Time: 11:00a.m.
16                                  )   Dept: 4
                                 )   Hon. Peter W. Bowie
17                                  )

18

19   / / / / /

20   / / / / /

21   / / / / /

22   / / / / /

23   / / / / /

24   / / / / /

25   / / / / /

26   / / / / /

27   / / / / /

28   / / / / /

# ORIGINAL

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9005

67293/LSK/4878.01

27

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

ERRATA

The following correction should be made to the "Declaration of Sara Newsome Burns in Opposition to Motion Objecting to Debtor's Amended Exemption Claim" dated and filed May 1, 2000 ("the Declaration"):

    1.    On page 3, line 6, of the Declaration, the year "1996" should be corrected to read "1990".

    2.    At page 3, line 17, of the Declaration, the month "July" should be corrected to read "February".

Dated: 5/4/00

**ROBBINS & KEEHN**
A Professional Corporation


By: _____
L. Scott Keehn
Lisa L. Keehn
Attorneys for Debtor
Sara Newsome Burns

VERIFICATION

The undersigned, Sara N. Burns, being over the age of 18, the Debtor in this case, do hereby verify that I have reviewed the foregoing "Errata to: Declaration of Sara Newsome Burns, etc." and know the contents thereof. The correction set forth in the foregoing errata are necessary to make the information contained in the Declaration referred to therein true and accurate in all respects. I declare under penalty and perjury that the foregoing is true and correct.

Executed May___, 2000, at San Diego California.


_____
SARA N. BURNS

67293/LSK/4878.01